UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-14090-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

ALI JAMES JORDAN,

    Defendant(s).
_____/

COURT MINUTES
Date: March 3, 2010
Time: 15 Minutes

| | |
|---|---|
| TYPE OF HEARING: | Supervised Release Violation |
| PLAINTIFF'S COUNSEL: | Jennifer C. Millien, AUSA |
| DEFENSE COUNSEL: | Peter Birch, AFPD |
| CLERK: | Robin Godwin |
| REPORTER: | Judy Shelton |
| PROCEEDINGS AT HEARING: | Defense argues objections to Report and Recommendation; Court determines hearsay testimony was trustworthy and reliable. The court reviewed, de novo, evidence in the record, and was satisfied as to that evidence was sufficient. Court denies objects and adopts Report and Recommendation and finds defendant guilty and REVOKES Supervised Release. Defendant committed to custody of Bureau of Prisons for a term of 27 Months, followed by supervised release for a term of 33 Months.<br><br>The Court recommends incarceration in South Florida, to be near family. |